# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HAMILTON COMPUTER SERVICES, INC.  
    EXPRESS, COMTRAD CABLE

Case No. 09-27229

Chapter 7

_____,  
               Debtors

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street  
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building  
57 North Ottawa Street  
Joliet, IL  60432.  
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/14/2011          By:  /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HAMILTON COMPUTER SERVICES, INC.  
      EXPRESS, COMTRAD CABLE

Case No. 09-27229

Chapter 7

_____,  
Debtors

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 7,415.51 |
| *and approved disbursements of* | $ 89.22 |
| *leaving a balance on hand of* [1] | $ 7,326.29 |
| **Balance on hand:** | $ 7,326.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,326.29 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BRADLEY J. WALLER | 1,491.55 | 0.00 | 1,491.55 |
| Trustee, Expenses - BRADLEY J. WALLER | 107.00 | 0.00 | 107.00 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 1,130.00 | 0.00 | 1,130.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 2,728.55 |
| Remaining balance: | $ 4,597.74 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,597.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,597.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 339,494.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RBS Citizens NA | 12,441.58 | 0.00 | 168.50 |
| 2 | DIGI-KEY Corp. - to be turned over to US BK Clerk | 130.96 | 0.00 | 1.77 |
| 3 | CS Electronics | 2,605.18 | 0.00 | 35.28 |
| 4 | Stonewall Cable | 1,568.93 | 0.00 | 21.25 |
| 5 | GWC Technology, Inc. | 1,977.02 | 0.00 | 26.77 |
| 6 | Wire Express | 22,597.98 | 0.00 | 306.04 |
| 7 | Professional Cable | 46,475.94 | 0.00 | 629.42 |
| 8 | Communications Supply Corporation | 32,756.49 | 0.00 | 443.62 |
| 9 | Fiber Instrument Sales | 5,973.05 | 0.00 | 80.89 |
| 10 | Gordon & Shirley Hamilton | 211,065.00 | 0.00 | 2,858.43 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 4,597.74 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | | |
|---|---|---|---|
| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**Notice Recipients**

District/Off: 0752–1     User: arodarte     Date Created: 9/14/2009
Case: 09–27229     Form ID: ntcftfc7     Total: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Hamilton Computer Services, Inc. 1205 Callaway Drive Shorewood, Il 60404 | |
| tr | Bradley J Waller Klein Stoddard Buck Waller &Lewis LLC 2045 Aberdeen Court Sycamore, IL 60178 | |
| aty | Frank J Kokoszka Kokozska &Janczur, P.C. 140 S Dearborn #1610 Chicago, IL 60603 | |
| 14234047 | AWG Cables 170 Gemini Avenue Brea, CA 92821 | |
| 14234046 | Anixter, Inc. P.O. Box 847428 Dallas, TX 75284–7428 | |
| 14234050 | CS Electronics 1821 Langley Avenue Irvine, CA 92614 | |
| 14234051 | CZ Labs 1001 Jupiter Park Drive Ste. 122 Jupiter, FL 33458 | |
| 14234048 | Charter One Bank 1215 Superior Avenue Cleveland, OH 44114 | |
| 14234049 | Communications Supply, Co. 3462 Solution Center Drive Chicago, IL 60677–3004 | |
| 14234052 | DIGI–KEY Corp. P.O. Box 250 Thief River Fall, MN 56701–0250 | |
| 14234053 | Fiber Instrument Sales 161 Clear Road Oriskany, NY 13424 | |
| 14234054 | Fiber Systems Incorporated 5274 Scotts Valley Drive Scotts Valley, CA 95066 | |
| 14234059 | GWC Technology, Inc. 345 Cloverleaf Drive Suite #A Baldwin Park, CA 91706 | |
| 14234055 | Galaxy Electronics Company c/o Haller,Harlan &Taylor 201 East Arapaho Road Richardson, TX 75081 | |
| 14234056 | Gordon &Shirley Hamilton 9035 NW Wilson Road Topeka, KS 66618 | |
| 14234057 | Graybar Electric Co., Inc. c/o Biehl &Biehl, Inc. 325 E. Fullerton Avenue Carol Stream, IL 60188 | |
| 14234058 | Gruber Industries 21439 North 2nd Avenue Phoenix, AZ 85027 | |
| 14234060 | Ideal Industries P.O. Box 92803 Chicago, IL 60675 | |
| 14234061 | JDI Technologies 2704 Paldan Drive Auburn Hills, MI 48326–0881 | |
| 14234062 | Manufacture Resource Products, c/o CCG 317 S. Brand Blvd. Glendale, CA 91204–1701 | |
| 14234063 | Mark A. Brueggeman 2011 Mall Street Collinsville, IL 62234 | |
| 14234064 | Midco Electric Supply c/o American Credit Systems 400 West Lake Street, Ste. 111 Roselle, IL 60172–0849 | |
| 14234065 | PI Manufacturing Corp. 20732 Currier Road Walnut, CA 91789 | |
| 14234066 | Professional Cable 77 South Mountain Way Drive Attn: Jason Bringhurst Orem, UT 84058 | |
| 14234067 | Quabbin Wire &Cable Co., Inc. 10 Maple Street Ware, MA 01082–1597 | |
| 14234068 | Quail Electronics 2171 Research Drive Livermore, CA 94550 | |
| 14234069 | Quality Computer Accessories c/o Smyth Collections 51 Cragwood Rd. Suite 201 South Plainfield, NJ 07080 | |
| 14234070 | RHC Holding Corporation 75 Remittance Drive Chicago, IL 60675–6629 | |
| 14234071 | Steren Electronics Intl. 1801 W. Olympic Blvd. Pasadena, CA 91199–1116 | |
| 14234072 | Stonewall Cable 126 Hawkensen Drive Rumney, NH 03266 | |
| 14234073 | TECNEC DISTRIBUTORS c/o Sanders &Douglas 120 S. Houghton Road Tucson, AZ 85748–2158 | |
| 14234074 | TRT Business Network Solutions 1240 Graphite Drive Corona, CA 92881 | |
| 14234075 | Unicom Electric 908 Canada Court City of Industry, CA 91748 | |
| 14234076 | Wire Express c/o Teller,Levit &Silvertrust 11 East Adams Street Chicago, IL 60603 | |
| 14234077 | Wire Xpress c/o Elizabeth A. Ingold PO Box 288 Tonawanda, NY 14151–0288 | |
| 14234078 | YC Cable 440 Regency Parkway Omaha, NE 68114 | |

TOTAL: 36