UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: HAMILTON COMPUTER SERVICES, INC.          Case No. 09-27229
        EXPRESS, COMTRAD CABLE
                                                  Chapter  7

                    Debtors

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BRADLEY J. WALLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 01/13/2012 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 North Ottawa Street
Joliet, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  12/14/2011         By:  /s/BRADLEY J. WALLER
                                              Trustee

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL  60178
(815) 748-0380
bwaller@ksbwl.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: HAMILTON COMPUTER SERVICES, INC. EXPRESS, COMTRAD CABLE

Case No. 09-27229

Chapter 7

_____,
Debtors

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 7,415.51 |
| and approved disbursements of | $ 89.22 |
| leaving a balance on hand of [1] | $ 7,326.29 |
| **Balance on hand:** | $ 7,326.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,326.29

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BRADLEY J. WALLER | 1,491.55 | 0.00 | 1,491.55 |
| Trustee, Expenses - BRADLEY J. WALLER | 107.00 | 0.00 | 107.00 |
| Accountant for Trustee, Fees - LEE G. SCHWENDNER, CPA | 1,130.00 | 0.00 | 1,130.00 |

Total to be paid for chapter 7 administration expenses: $ 2,728.55
Remaining balance: $ 4,597.74

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 4,597.74

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 4,597.74

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 339,494.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | RBS Citizens NA | 12,441.58 | 0.00 | 168.50 |
| 2 | DIGI-KEY Corp. - to be turned over to US BK Clerk | 130.96 | 0.00 | 1.77 |
| 3 | CS Electronics | 2,605.18 | 0.00 | 35.28 |
| 4 | Stonewall Cable | 1,568.93 | 0.00 | 21.25 |
| 5 | GWC Technology, Inc. | 1,977.02 | 0.00 | 26.77 |
| 6 | Wire Express | 22,597.98 | 0.00 | 306.04 |
| 7 | Professional Cable | 46,475.94 | 0.00 | 629.42 |
| 8 | Communications Supply Corporation | 32,756.49 | 0.00 | 443.62 |
| 9 | Fiber Instrument Sales | 5,973.05 | 0.00 | 80.89 |
| 10 | Gordon & Shirley Hamilton | 211,065.00 | 0.00 | 2,858.43 |

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 4,597.74 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BRADLEY J. WALLER
Trustee, Bradley J. Waller

BRADLEY J. WALLER

2045 ABERDEEN COURT
SYCAMORE, IL 60178
(815) 748-0380
bwaller@ksbwl.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# Notice Recipients

District/Off: 0752–1     User: arodarte     Date Created: 9/14/2009
Case: 09–27229     Form ID: ntcftfc7     Total: 36

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| ID | Name | Address |
|---|---|---|
| db | Hamilton Computer Services, Inc. | 1205 Callaway Drive, Shorewood, Il 60404 |
| tr | Bradley J Waller | Klein Stoddard Buck Waller &Lewis LLC, 2045 Aberdeen Court, Sycamore, IL 60178 |
| aty | Frank J Kokoszka | Kokoszka &Janczur, P.C., 140 S Dearborn #1610, Chicago, IL 60603 |
| 14234047 | AWG Cables | 170 Gemini Avenue, Brea, CA 92821 |
| 14234046 | Anixter, Inc. | P.O. Box 847428, Dallas, TX 75284-7428 |
| 14234050 | CS Electronics | 1821 Langley Avenue, Irvine, CA 92614 |
| 14234051 | CZ Labs | 1001 Jupiter Park Drive, Ste. 122, Jupiter, FL 33458 |
| 14234048 | Charter One Bank | 1215 Superior Avenue, Cleveland, OH 44114 |
| 14234049 | Communications Supply, Co. | 3462 Solution Center Drive, Chicago, IL 60677-3004 |
| 14234052 | DIGI–KEY Corp. | P.O. Box 250, Thief River Fall, MN 56701-0250 |
| 14234053 | Fiber Instrument Sales | 161 Clear Road, Oriskany, NY 13424 |
| 14234054 | Fiber Systems Incorporated | 5274 Scotts Valley Drive, Scotts Valley, CA 95066 |
| 14234059 | GWC Technology, Inc. | 345 Cloverleaf Drive, Suite #A, Baldwin Park, CA 91706 |
| 14234055 | Galaxy Electronics Company | c/o Haller,Harlan &Taylor, 201 East Arapaho Road, Richardson, TX 75081 |
| 14234056 | Gordon &Shirley Hamilton | 9035 NW Wilson Road, Topeka, KS 66618 |
| 14234057 | Graybar Electric Co., Inc. | c/o Biehl &Biehl, Inc., 325 E. Fullerton Avenue, Carol Stream, IL 60188 |
| 14234058 | Gruber Industries | 21439 North 2nd Avenue, Phoenix, AZ 85027 |
| 14234060 | Ideal Industries | P.O. Box 92803, Chicago, IL 60675 |
| 14234061 | JDI Technologies | 2704 Paldan Drive, Auburn Hills, MI 48326-0881 |
| 14234062 | Manufacture Resource Products, | c/o CCG, 317 S. Brand Blvd., Glendale, CA 91204-1701 |
| 14234063 | Mark A. Brueggeman | 2011 Mall Street, Collinsville, IL 62234 |
| 14234064 | Midco Electric Supply | c/o American Credit Systems, 400 West Lake Street, Ste. 111, Roselle, IL 60172-0849 |
| 14234065 | PI Manufacturing Corp. | 20732 Currier Road, Walnut, CA 91789 |
| 14234066 | Professional Cable | 77 South Mountain Way Drive, Attn: Jason Bringhurst, Orem, UT 84058 |
| 14234067 | Quabbin Wire &Cable Co., Inc. | 10 Maple Street, Ware, MA 01082-1597 |
| 14234068 | Quail Electronics | 2171 Research Drive, Livermore, CA 94550 |
| 14234069 | Quality Computer Accessories | c/o Smyth Collections, 51 Cragwood Rd. Suite 201, South Plainfield, NJ 07080 |
| 14234070 | RHC Holding Corporation | 75 Remittance Drive, Chicago, IL 60675-6629 |
| 14234071 | Steren Electronics Intl. | 1801 W. Olympic Blvd., Pasadena, CA 91199-1116 |
| 14234072 | Stonewall Cable | 126 Hawkensen Drive, Rumney, NH 03266 |
| 14234073 | TECNEC DISTRIBUTORS | c/o Sanders &Douglas, 120 S. Houghton Road, Tucson, AZ 85748-2158 |
| 14234074 | TRT Business Network Solutions | 1240 Graphite Drive, Corona, CA 92881 |
| 14234075 | Unicom Electric | 908 Canada Court, City of Industry, CA 91748 |
| 14234076 | Wire Express | c/o Teller,Levit &Silvertrust, 11 East Adams Street, Chicago, IL 60603 |
| 14234077 | Wire Xpress | c/o Elizabeth A. Ingold, PO Box 288, Tonawanda, NY 14151-0288 |
| 14234078 | YC Cable | 440 Regency Parkway, Omaha, NE 68114 |

TOTAL: 36

```
                             United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                                 Case No. 09-27229-BWB
Hamilton Computer Services, Inc.                                       Chapter 7
          Debtor              CERTIFICATE OF NOTICE
District/off: 0752-1         User: arodarte              Page 1 of 3                  Date Rcvd: Dec 15, 2011
                             Form ID: pdf006             Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2011.
db           +Hamilton Computer Services, Inc.,     1205 Callaway Drive,    Shorewood, Il 60404-8161
14234047     +AWG Cables,    170 Gemini Avenue,    Brea, CA 92821-3726
14234046      Anixter, Inc.,    P.O. Box 847428,    Dallas, TX 75284-7428
14234050     +CS Electronics,    1821 Langley Avenue,    Irvine, CA 92614-5623
14234048     +Charter One Bank,    1215 Superior Avenue,    Cleveland, OH 44114-3299
14690579     +Communications Supply Corporation,     c/o Mark B Gzymala,    Rohlfing & Oberholtzer,
               211 West Wacker Drive, Suite 1200,    Chicago, IL 60606-1379
14234049      Communications Supply, Co.,    3462 Solution Center Drive,    Chicago, IL 60677-3004
14234052      DIGI-KEY Corp.,    P.O. Box 250,    Thief River Fall, MN 56701-0250
14234054    #+Fiber Systems Incorporated,    5274 Scotts Valley Drive,     Scotts Valley, CA 95066-3538
14234059    #+GWC Technology, Inc.,    345 Cloverleaf Drive,    Suite #A,    Baldwin Park, CA 91706-6502
14234055     +Galaxy Electronics Company,    c/o Haller,Harlan & Taylor,     201 East Arapaho Road,
               Richardson, TX 75081-6203
14234056     +Gordon & Shirley Hamilton,    9035 NW Wilson Road,    Topeka, KS 66618-9513
14234057     +Graybar Electric Co., Inc.,    c/o Biehl & Biehl, Inc.,     325 E. Fullerton Avenue,
               Carol Stream, IL 60188-1865
14234058     +Gruber Industries,    21439 North 2nd Avenue,    Phoenix, AZ 85027-2916
14234060     +Ideal Industries,    P.O. Box 92803,    Chicago, IL 60675-2803
14234061     +JDI Technologies,    2704 Paldan Drive,    Auburn Hills, MI 48326-1826
14234063     +Mark A. Brueggeman,    2011 Mall Street,    Collinsville, IL 62234-1884
14234064     +Midco Electric Supply,    c/o American Credit Systems,     400 West Lake Street, Ste. 111,
               Roselle, IL 60172-3574
14234065     +PI Manufacturing Corp.,    20732 Currier Road,    Walnut, CA 91789-2903
14234066     +Professional Cable,    77 South Mountain Way Drive,    Attn: Jason Bringhurst,
               Orem, UT 84058-5117
14234067      Quabbin Wire & Cable Co., Inc.,     10 Maple Street,   Ware, MA 01082-1597
14234069     +Quality Computer Accessories,     c/o Smyth Collections,    51 Cragwood Rd. Suite 201,
               South Plainfield, NJ 07080-2405
14515212     +RBS Citizens NA,    Charles Koutsogiane,    443 Jefferson Blvd,    Managed Assets,
               RJW 500, Warwick, RI 02886-1321
14234070      RHC Holding Corporation,    75 Remittance Drive,    Chicago, IL 60675-6629
14234071      Steren Electronics Intl.,    1801 W. Olympic Blvd.,    Pasadena, CA 91199-1116
14234072     +Stonewall Cable,    126 Hawkensen Drive,    Rumney, NH 03266-3548
14234073      TECNEC DISTRIBUTORS,    c/o Sanders & Douglas,    120 S. Houghton Road,     Tucson, AZ 85748-2158
14234076     +Wire Express,    c/o Teller,Levit & Silvertrust,    11 East Adams Street,    Chicago, IL 60603-6301
14234077      Wire Xpress,    c/o Elizabeth A. Ingold,    PO Box 288,    Tonawanda, NY 14151-0288
14234078     +YC Cable,    440 Regency Parkway,    Omaha, NE 68114-3790
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14234053     +E-mail/Text: bviglietta@fiberinstrumentsales.com Dec 16 2011 03:16:19      Fiber Instrument Sales,
               161 Clear Road,    Oriskany, NY 13424-4339
14234062      E-mail/Text: bk@ccg2.com Dec 16 2011 03:18:30      Manufacture Resource Products,,    c/o CCG,
               317 S. Brand Blvd.,    Glendale, CA 91204-1701
14234068     +E-mail/Text: finance@quail.com Dec 16 2011 03:19:31      Quail Electronics,     2171 Research Drive,
               Livermore, CA 94550-3805
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14234051   ##+CZ Labs,   1001 Jupiter Park Drive,   Ste. 122,    Jupiter, FL 33458-8971
14234074   ##+TRT Business Network Solutions,    1240 Graphite Drive,    Corona, CA 92881-3308
14234075   ##+Unicom Electric,   908 Canada Court,   City of Industry, CA 91748-1136
                                                                                         TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
 District/off: 0752-1          User: arodarte              Page 2 of 3                   Date Rcvd: Dec 15, 2011
                               Form ID: pdf006             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2011**            **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: arodarte            Page 3 of 3              Date Rcvd: Dec 15, 2011
                              Form ID: pdf006           Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2011 at the address(es) listed below:

```
              Bradley J Waller    bjwtrustee@ksbwl.com,   il56@ecfcbis.com
              Frank J Kokoszka    on behalf of Debtor  Hamilton Computer Services, Inc. fkokoszka@k-jlaw.com,
               fkokoszka@gmail.com;admin@k-jlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 3
```