UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HAMILTON COMPUTER SERVICES, § Case No. 09-27229
INC.
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  BRADLEY J. WALLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:      Claims Discharged
                    Without Payment:

Total Expenses of Administration:

  3) Total gross receipts of $   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter  on  . The case was pending for months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____ By:/s/BRADLEY J. WALLER_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| US Bankruptcy Court |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRADLEY J. WALLER | | | | | |
| BRADLEY J. WALLER | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| LEE G. SCHWENDNER, CPA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | COMMUNICATIONS SUPPLY CORPORATION | | | | | |
| 3 | CS ELECTRONICS | | | | | |
| 2 | DIGI-KEY CORP. - TO BE TURNED OVER | | | | | |
| 9 | FIBER INSTRUMENT SALES | | | | | |
| 10 | GORDON & SHIRLEY HAMILTON | | | | | |
| 5 | GWC TECHNOLOGY, INC. | | | | | |
| 7 | PROFESSIONAL CABLE | | | | | |
| 11 | QUAIL ELECTRONICS | | | | | |
| 1 | RBS CITIZENS NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | STONEWALL CABLE | | | | | |
| 6 | WIRE EXPRESS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-27229 | BB | Judge: BRUCE W. BLACK | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|---|---|
| Case Name: | HAMILTON COMPUTER SERVICES, INC. | | | Date Filed (f) or Converted (c): | 07/28/09 (f) |
| | | | | 341(a) Meeting Date: | 09/09/09 |
| For Period Ending: 03/09/12 | | | | Claims Bar Date: | 12/15/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account | 8,700.00 | 8,700.00 | | 7,411.02 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.49 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $8,700.00 | $8,700.00 | | $7,415.51 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 06/30/11

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-27229 -BB | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HAMILTON COMPUTER SERVICES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5465  Money Market Account |
| Taxpayer ID No: | *******3422 | | |
| For Period Ending: | 03/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312253855465 | Wire in from JPMorgan Chase Bank, N.A. account 312253855465 | 9999-000 | 7,412.99 | | 7,412.99 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.35 | | 7,413.34 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 7,413.78 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 7,414.21 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.44 | | 7,414.65 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.43 | | 7,415.08 |
| 09/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,415.14 |
| 10/29/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,415.20 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,415.26 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,415.32 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,415.38 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 7,415.43 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,415.49 |
| 04/08/11 | INT | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 7,415.51 |
| 04/08/11 | | To Acct #*******5466 | | 9999-000 | | 7,415.51 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,415.51 | 7,415.51 | 0.00 |
| Less: Bank Transfers/CD's | 7,412.99 | 7,415.51 | |
| Subtotal | 2.52 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 2.52 | 0.00 | |

Page Subtotals          7,415.51          7,415.51

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 09-27229 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HAMILTON COMPUTER SERVICES, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5466  Checking Account |
| Taxpayer ID No: | *******3422 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/08/11 | | From Acct #*******5465 | | 9999-000 | 7,415.51 | | 7,415.51 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 14.22 | 7,401.29 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,376.29 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,351.29 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,326.29 |
| 01/13/12 | 000101 | LEE G. SCHWENDNER, CPA<br>DiGiovine, Hnilo, Jordan & Joh<br>2570 Foxfield Road, Suite 301<br>St. Charles, IL  60174 | Dividend paid 100.00% on<br>$1,130.00, Accountant for Trustee Fees (Other Firm);<br>Reference: | 3410-000 | | 1,130.00 | 6,196.29 |
| 01/13/12 | 000102 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Dividend paid 100.00% on $107.00,<br>Trustee Expenses;  Reference: | 2200-000 | | 107.00 | 6,089.29 |
| 01/13/12 | 000103 | BRADLEY J. WALLER<br>2045 ABERDEEN COURT<br>SYCAMORE, IL  60178 | Dividend paid 100.00% on<br>$1,491.55, Trustee Compensation;  Reference: | 2100-000 | | 1,491.55 | 4,597.74 |
| 01/13/12 | 000104 | RBS Citizens NA<br>Charles Koutsogiane,443 Jefferson<br>Blvd,Managed Assets,RJW 500,<br>Warwick, RI  02886 | Dividend paid   1.35% on<br>$12,441.58; Claim# 1; Filed: $12,441.58; Reference: | 7100-000 | | 168.50 | 4,429.24 |
| * 01/13/12 | 000105 | DIGI-KEY Corp. - to be turned over to US BK Clerk<br>P.O. Box 250<br>Thief River Fall, MN  56701-0250 | Dividend paid   1.35% on $130.96;<br>Claim# 2; Filed: $130.96; Reference: | 7100-003 | | 1.77 | 4,427.47 |
| * 01/13/12 | 000105 | DIGI-KEY Corp. - to be turned over to US BK Clerk<br>P.O. Box 250<br>Thief River Fall, MN  56701-0250 | VOID<br>Dividend paid   1.35% on $130.96; | 7100-003 | | -1.77 | 4,429.24 |
| 01/13/12 | 000106 | CS Electronics<br>1821 Langley Avenue<br>Irvine, CA  92614 | Dividend paid   1.35% on<br>$2,605.18; Claim# 3; Filed: $2,605.18; Reference: | 7100-000 | | 35.28 | 4,393.96 |
| | | | Page Subtotals | | 7,415.51 | 3,021.55 | |

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

FORM 2                                                                                                                              Page: 3
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                                   Exhibit 9

| Case No: | 09-27229 -BB | | Trustee Name: | BRADLEY J. WALLER |
| Case Name: | HAMILTON COMPUTER SERVICES, INC. | | Bank Name: | The Bank of New York Mellon |
| | | | Account Number / CD #: | *******5466  Checking Account |
| Taxpayer ID No: | *******3422 | | | |
| For Period Ending: | 03/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/13/12 | 000107 | Stonewall Cable<br>126 Hawkensen Drive<br>Rumney, NH  03266 | Dividend paid   1.35% on<br>$1,568.93; Claim# 4; Filed: $1,568.93; Reference: | 7100-000 | | 21.25 | 4,372.71 |
| 01/13/12 | 000108 | GWC Technology, Inc.<br>345 Cloverleaf Drive<br>Suite #A<br>Baldwin Park, CA  91706 | Dividend paid   1.35% on<br>$1,977.02; Claim# 5; Filed: $1,977.02; Reference: | 7100-000 | | 26.77 | 4,345.94 |
| 01/13/12 | 000109 | Wire Express<br>c/o Teller,Levit & Silvertrust<br>11 East Adams Street<br>Chicago, IL  60603 | Dividend paid   1.35% on<br>$22,597.98; Claim# 6; Filed: $22,597.98; Reference: | 7100-000 | | 306.04 | 4,039.90 |
| 01/13/12 | 000110 | Professional Cable<br>77 South Mountain Way Drive<br>Attn: Jason Bringhurst<br>Orem, UT  84058 | Dividend paid   1.35% on<br>$46,475.94; Claim# 7; Filed: $46,475.94; Reference: | 7100-000 | | 629.42 | 3,410.48 |
| 01/13/12 | 000111 | Communications Supply Corporation<br>c/o Mark B Gzymala,Rohlfing &<br>Oberholtzer,211 West Wacker Drive, Suite<br>Chicago, IL  60606 | Dividend paid   1.35% on<br>$32,756.49; Claim# 8; Filed: $32,756.49; Reference: | 7100-000 | | 443.62 | 2,966.86 |
| 01/13/12 | 000112 | Fiber Instrument Sales<br>161 Clear Road<br>Oriskany, NY  13424 | Dividend paid   1.35% on<br>$5,973.05; Claim# 9; Filed: $5,973.05; Reference: | 7100-000 | | 80.89 | 2,885.97 |
| 01/13/12 | 000113 | Gordon & Shirley Hamilton<br>9035 NW Wilson Road<br>Topeka, KS  66618 | Dividend paid   1.35% on<br>$211,065.00; Claim# 10; Filed: $211,065.00;<br>Reference: | 7100-000 | | 2,858.43 | 27.54 |
| 01/13/12 | 000114 | Quail Electronics<br>2171 Research Drive<br>Livermore, CA  94550 | Dividend paid   1.35% on<br>$1,902.81; Claim# 11; Filed: $1,902.81; Reference: | 7100-000 | | 25.77 | 1.77 |
| 01/13/12 | 000115 | US Bankruptcy Court<br>219 S. Dearborn | Per UST's office | 8500-002 | | 1.77 | 0.00 |

Page Subtotals                                                                              0.00          4,393.96

Ver: 16.05d

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 09-27229 -BB | Trustee Name: | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | HAMILTON COMPUTER SERVICES, INC. | Bank Name: | The Bank of New York Mellon |
| | | Account Number / CD #: | *******5466  Checking Account |
| Taxpayer ID No: | *******3422 | | |
| For Period Ending: | 03/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL  60604 | | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | | 7,415.51 | 7,415.51 | 0.00 |
| | Less:  Bank Transfers/CD's | | 7,415.51 | 0.00 | |
| | Subtotal | | 0.00 | 7,415.51 | |
| | Less:  Payments to Debtors | | | 1.77 | |
| | Net | | 0.00 | 7,413.74 | |

Page Subtotals    0.00    0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-27229 -BB | |
| Case Name: | HAMILTON COMPUTER SERVICES, INC. | |
| Taxpayer ID No: | *******3422 | |
| For Period Ending: | 03/09/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRADLEY J. WALLER | |
| Bank Name: | JPMorgan Chase Bank, N.A. | |
| Account Number / CD #: | *******5465 Money Market Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/17/09 | 1 | Kokoszka & Janczur PC<br>140 S. Dearborn Street, Suite 1610<br>Chicago, IL 60603 | Checking Account<br>DEPOSIT CHECK #1910 | 1129-000 | 7,411.02 | | 7,411.02 |
| 09/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.10 | | 7,411.12 |
| 10/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.30 | | 7,411.42 |
| 11/30/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,411.73 |
| 12/31/09 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.31 | | 7,412.04 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.29 | | 7,412.33 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.28 | | 7,412.61 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.33 | | 7,412.94 |
| 04/06/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 7,412.99 |
| 04/06/10 | | Wire out to BNYM account 000253855465 | JPMORGAN CHASE BANK, N.A.<br>Wire out to BNYM account 000253855465 | 9999-000 | | 7,412.99 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 7,412.99 | 7,412.99 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 7,412.99 | 7,412.99 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 7,412.99 | 7,412.99 | |

Page Subtotals 7,412.99 7,412.99

Ver: 16.05d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 09-27229 -BB |
| Case Name: | HAMILTON COMPUTER SERVICES, INC. |
| Taxpayer ID No: | *******3422 |
| For Period Ending: | 03/09/12 |

| | |
|---|---|
| Trustee Name: | BRADLEY J. WALLER |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******3044 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********5465 | 2.52 | 0.00 | 0.00 |
| Checking Account - ********5466 | 0.00 | 7,413.74 | 0.00 |
| Money Market Account - ********5465 | 7,412.99 | 7,412.99 | 0.00 |
| Checking Account - ********3044 | 0.00 | 0.00 | 0.00 |
| | 7,415.51 | 14,826.73 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 16.05d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*